AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Limelight Networks, Inc., a Delaware corporation )
)
*Plaintiff* )
v. ) Civil Action No.
)
Allied Security Trust, a Delaware statutory trust, and )
Twister Investments LLC, a Delaware Ltd. liability co. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Allied Security Trust
c/o Statutory Agent, Wells Fargo Delaware Trust Company, National Association
919 North Market Street, Suite 1600
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonathan M. James / David J. Palmer
Perkins Coie Brown & Bain P.A.
2901 N. Central Ave., Ste. 2000
Phoenix, Arizona 85012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____



9:23 am, Mar 16, 2010
s/ Richard H. Weare, Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Allied Security Trust**
was received by me on *(date)* **3/17/10**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Christine Penn, Managing Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **Allied Security Trust @ Wells Fargo Delaware Trust Co, NA, 919 N. Market St #1600, Wilmington DE 19801** on *(date)* **3/17/10 2:10 pm**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **3/18/10**

*Server's signature*

**Daniel Newcomb, Process Server**
*Printed name and title*

**c/o 2601 N 3rd St, #108
Phoenix, AZ 85004**
*Server's address*

Additional information regarding attempted service, etc:

Sworn before me a Notary Public of the State of Delaware on March 18, 2010

**KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2012**