UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LIMELIGHT NETWORKS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED SECURITY TRUST, a Delaware Statutory Trust, and TWISTER INVESTMENTS, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 2:10-cv-00585-NVW<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

The Court, having considered the parties' Joint Motion for Dismissal of All Claims with Prejudice [Docket No. 11], and good cause appearing therefore,

IT IS ORDERED that Plaintiff Limelight Networks, Inc's claim is dismissed in its entirety WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated this 31st day of March, 2010.

_____
Neil V. Wake
United States District Judge